IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGARY HILL *also known as* JOHN HALL : CIVIL ACTION

vs.

ROBERT COLLINS, ET AL. : NO. 12cv171

O R D E R

**AND NOW**, this 11th day of December, 2012, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and consideration of petitioner's objections to the Report and Recommendation and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's request for a stay of his petition is **GRANTED**. The matter is **STAYED** pending the outcome of petitioner's PCRA matter in state court.

2. Petitioner and respondents shall notify the court within thirty days of the conclusion of the pending PCRA matter.

3. Petitioner's request for release on bail is **DENIED**.

4. Petitioner's request for a certificate of appealability is **DENIED** as moot.

5. The clerk shall close this case statistically.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge